IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Hernandez McDonald, Jr., ) | No. CV-16-00699-PHX-NVW |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Equifax Information Services, LLC, ) | |
| Defendant. ) | |

IT IS ORDERED pursuant to Rule 4(m), Fed. R. Civ. P., that this action is dismissed without prejudice for failure to serve Defendant with process and to file proof thereof pursuant to Rule 4(*l*).

DATED this 21st day of June, 2016.

_____
Neil V. Wake
United States District Judge